UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 5 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LESLIE JACKSON, )
)
      Petitioner, )
)
v. ) Civil Action No. 05-2085 (RJL)
)
WARDEN FRED FIGUEROA, )
)
      Respondent. )

### ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is hereby

ORDERED that respondent, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of Habeas Corpus should not issue. It is further

ORDERED that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on petitioner's warden and the United States Attorney for the District of Columbia.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date: 12/2/05

