UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LESLIE JACKSON,** | : | Civil Action No. 05-2085 (RJL) |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **WARDEN FRED FIGUEROA,** | : | |
| Respondent | : | |

**UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE A RESPONSE TO PETITIONER'S PETITION
<u>FOR A WRIT OF HABEAS CORPUS</u>**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests a 14 day enlargement of time, until January 31, 2006, within which to file a response to the petitioner's petition for a writ of habeas corpus. In support of this motion, the Government states:

1. The petitioners filed, on October 4, 2005, a <u>pro</u> <u>se</u> petition requesting a writ of habeas corpus. The Court ordered the United States to respond by January 17, 2006.

2. In order to adequately respond to the petitioner's claims, it is necessary for the U.S. Parole Commission to obtain documents relating to the petitioner's parole history, and to research his claims. The undersigned attorney has been in contact with the U.S. Parole Commission.

3. During the pendency of the Court's order, the assigned staff attorney for the U.S. Parole Commission was on medical leave for over two weeks. Thus, a brief additional period of time is required for the U.S. Parole Commission's staff attorney to obtain the required materials

and research the petitioner's claim. Additionally, the amount of time requested is reasonable in light of the undersigned's workload, the need to review the documents from the U.S. Parole Commission, and to prepare a response to the petitioner's petition. Furthermore, this is the United States' first request for an enlargement of time and the petitioner will not be prejudiced by this brief delay.

4. Accordingly, the United States requests a 14 day enlargement of time, until January 31, 2006, within which to file a response to the petitioner's petition for a writ of habeas corpus.

A proposed order is attached.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451-058

_____
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Section
D.C. Bar Number 457-078

_____
SHERRI L. BERTHRONG
Assistant United States Attorney
Special Proceedings Section
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the United States' Motion has been served by mail upon the petitioner, Leslie Jackson, D.C.D.C #212-629, Fed. Reg. No. 23924-016, Correctional Treatment Center, 1901 E Street, S.E., Washington, D.C. 20003, this 12th day of January, 2006.

 

_____
Sherri L. Berthrong
Assistant United States Attorney