UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LESLIE JACKSON,** | : | Civil Action No. 05-2085 (RJL) |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **WARDEN FRED FIGEROA,** | : | |
| Respondent | : | |

### ORDER

Upon consideration of the United States' motion for an enlargement of time within which to file a response to petitioner's petition for writ of habeas corpus, and good cause having been shown, it is hereby ORDERED:

The United States shall have until January 31, 2006, within which to file its response to the petitioner's petition for writ of habeas corpus.

SO ORDERED.

_____
Richard J. Leon
U.S. District Court Judge

Date:

Copies to:

Leslie Jackson
D.C.D.C. # 212-629
Fed. Reg. No. 23924-016
Correctional Treatment Facility
1901 E Street, S.E.
Washington, D.C. 20003

Sherri L. Berthrong
Assistant United States Attorney
555 4th Street, N.W., Room 10-450
Special Proceedings Section
Washington, D.C.  20530