UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LESLIE JACKSON,** | : | |
| Petitioner | : | Civil Action No. 05-2085 (RJL) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN FRED FIGUEROA,** | : | |
| Respondent | : | |

### ORDER

Upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus, the United States Parole Commission's Opposition to the Petitioner's Petition for a Writ of Habeas Corpus, and for the reasons stated in the United States Parole Commission's Opposition, it is hereby

ORDERED that the show cause order as to the United States is discharged, and that Petitioner's Petition for a Writ of Habeas Corpus is DENIED.

SO ORDERED.

_____
Richard J. Leon
U.S. District Court Judge

Date:

Copies to:
Leslie Jackson
Fed. Reg. No. 23924-016
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Section
555 4th Street, N.W., Room 10-450
Washington, D.C.  20530