# **EXHIBIT 1**

ADP Form 19  CDC-7-70

**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**FACE SHEET No. 2**

318-155

Date Prepared: 1-14-88 (Mo., Da., Yr.)

| DCDC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 212629 | Jackson, Leslie | | |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | | |
|---|---|---|---|
| Offense | Total Sentence: 40mons to 120mons  Less 330 days JTc | | |
| | Att Dist of Heroin | Dist of Heroin | |
| Case Number | F6072-87C | F9146-85E | |
| Sentence (Yrs., Mos., Days) | 30mons to 90mons | Amended 11-19-87 40mons to 120mons Conc. | |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 9-23-87 | 9-24-87 | |
| Full Term Date (Mo., Da., Yr.) | | 10-27-96 | |
| Short Term / M.R. Date (Mo., Da., Yr.) | | 7-15-93 | |
| Parole Eligibility Date (Mo., Da., Yr.) | | 5-22-89 EPA  2/21/89  MAND. MIN. DOES NOT APPLY | |
| Max. Supervision Date (Mo., Da., Yr.) | | 4-30-96 | |
| Statutory Good Time Rate / Month | | 1200 days/280 days | |
| Plea | | | |
| Committing Judge | | XXXXXXXXXXXXXXXXXXXXXX | |
| Defense Attorney | | | |
| Initialed By: | | Savage | |

**DETAINERS**

| Date Filed | For | Action |
|---|---|---|
| 6-4-87 | MPD: Va, Dept. Correction Escape | |

**CONDUCT CREDITS**

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| 12/7/88 EPA 40 das. | | | | |

**JAIL CREDIT DATES**

| From and Including | To and Including |
|---|---|
| 3-25-86 | 10-21-86 = 210 days |
| 6-2-87 | 9-22-87 = 113 days |
| 11-25-85 | 11-30-85 = 6 days |
| | Total = 330 days |

**REMARKS**

Court assessed $20. under D.C. Law
Void Face Sheet dated 11-24-87

