# **EXHIBIT 2**

PB-3
REV. 8-81
8-4880

AFD4924-SH

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## BOARD OF PAROLE
WASHINGTON, D.C. 20001

# Order

Name: Jackson, Leslie

DCDC Number: 212 629

Institution (or status and PO): Complex

CODE: 3

The case of the above named person has come to the attention of the Board of Parole with reference to:

- ☐ Early parole hearing
- ☐ Initial parole hearing
- ☒ Parole rehearing / IRH
- ☐ Preliminary revocation hearing
- ☐ Revocation hearing
- ☐ Other: _____

- ☐ Warrant request
- ☐ Detainer review
- ☐ Personal appearance
- ☐ Work release violation
- ☐ Information

REMARKS: _____

RECOMMENDATION OF ANALYST / EXAMINER _____

The Board of Parole has examined the relevant information in this case and hereby orders the following action:

Grant parole to Virginia Detainer. Special condition: Narcotic surveillance.

Date: June 19, 1989

District of Columbia Board of Parole:
Chairperson
[signatures: Caren Jones Herbert]

ER, HC, WH

Reason for the above action (where applicable): _____

(N / A date 7/11/89 _____)

2