# **EXHIBIT 3**

PB-3
REV. 8-81
8-4880

**GOVERNMENT OF THE DISTRICT OF COLUMBIA** PD 22187
**BOARD OF PAROLE**
WASHINGTON, D.C. 20001



# Order

Name __Jackson, Leslie__

DCDC Number __212 629__

CODE __IS-11-21__   Institution (or status and PO) __Mills__

The case of the above named person has come to the attention of the Board of Parole with reference to:

- ☐ Early parole hearing
- ☐ Initial parole hearing
- ☐ Parole rehearing / IRH
- ☐ Preliminary revocation hearing
- ☐ Revocation hearing
- ☐ Other: __R/P 6-19-89; FTD 10-27-96. Subj was being supervised by Va. although the Va. PO never completed__
- ☑ Warrant request
- ☐ Detainer review
- ☐ Personal appearance
- ☐ Work release violation
- ☐ Information

REMARKS: __formal paper work for transfer. He was also on parole in State of Va. Subj is presently incarcerated in Fairfax Detention Facility on Va. parole violations (technical)__

RECOMMENDATION OF (ANALYST) EXAMINER __Issue detainer warrant based on allegations of noncriminal violations of parole. #4, 7, 10__

The Board of Parole has examined the relevant information in this case and hereby orders the following action:

__Issue detainer warrant based on allegations of noncriminal violations of parole - #4, 7, 10__

Date __11-8-90__   District of Columbia Board of Parole:

_____ Chairperson

__Margaret Quick__

Reason for the above action (where applicable): _____

_____ (N/A dat __11-8-90__ by _____ )

3