# **EXHIBIT 4**

District of Columbia

# WARRANT

☐ FYCA*
☒ Adult
☐ Both FYCA & Adult

Warrant No. __PD 22187__

To:  Any Federal Officer
     Any Officer of the D.C. Metropolitan Police Department
     Any Officer of the D.C. Department of Corrections
     Any Police Officer

FBI No. __unknown__
PDID No. __318 155__
WHEREAS __Jackson, Leslie__, DCDC No. __212 629__

is under sentence in the District of Columbia for the crime of __Attempted Distribution of Heroin, Distribution of Heroin__

and was on the __19th__ day of __June__, 19 __89__ released on parole from the __Complex__

__to Virginia detainer.__

AND WHEREAS reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice.

YOU ARE HEREWITH COMMANDED TO TAKE THE SAID PRISONER, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PRISONER TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS.

WITNESS my hand and the seal of this Board this __8th__ day of __November__, 19 __90__.



_____
Member, D.C. Board of Parole

Warrant Certified as Valid

*For Federal Youth Corrections Act cases only: __CL  10/4/00__
                                                Initials/Date

This warrant expires at 12:01 a.m., _____, 19 _____, and the person named must not be held beyond that time.

4