# **EXHIBIT 5**

Case 1:05-cv-02085-RJL   Document 5-7   Filed 01/27/2006   Page 1 of 2

 

# The Board of Parole
## of the
## District of Columbia
### NOTICE OF BOARD ORDER

 

Order # 1 of 1

In reference to:

DCDC 212-629  NAME LESLIE JACKSON

DOB ▬▬▬  SSN ▬▬▬  LOCATION GSU 3/VA

DOCKET D9203-0091  CONSIDERATION TYPE N:RAV

The District of Columbia Board of Parole issues the following **ORDER**:

AMEND DETAINER WARRANT #22187-90 TO ADD ALLEGATIONS OF CRIMINAL VIOLATION(S) OF PAROLE

Implementation of this Order shall include the following:
No Special Conditions or Instructions at this time.

Remarks:

ILLEG POSS NARCOTIC DRUG
FAILED TO OBEY ALL LAWS

04/09/1992
Date
Seal

NOA Date 4-9-92 by C Clayton

Chairman
on behalf of the Board of Parole

[ Parole Determination File ]
MILLS, D

5.1