# **EXHIBIT 6**

# PROBABLE CAUSE WORKSHEET - DC

**JACKSON, Leslie**                                 00212+629

Location: **DC JAIL**                              Fax No. if <u>not</u> in BOP:

Counsel Name, Address and Phone No. *(including counsel identified as representing parolee at future hearing)*: **Laura Rose, PDS**

Warrant Issued: **11-8-1990**                     (Warrant Executed: **12-22-2000**)

Full Term Date at Time Warrant Issued: **10-27-1998**

Recalculated Full Term Date: **4-30-08**          Recalculated MR Date: **11-29-05**

Type of Supervision: **Parole**

## Recommendation Of Case Analyst

### On Probable Cause:

A probable cause finding is recommended for the following charges:
Charge No. 4 Law Violation - Grand Larceny -**CONVICTION**
Charge No. 5 Law Violation - Possession of Cocaine -**CONVICTION**
Charge No. 6 Law Violation - a)Possession With Intent to Distribute Heroin b) Distribution of Heroin- **CONVICTION ON BOTH CHARGES**

A probable cause finding is not recommended for the following charges:
Charge No. 1. Use of Dangerous and Habit Forming Drugs.
Charge No. 2. Failure to Report Change in Residence
Charge No. 3. Failure to Carry Out PO instructions.
This recommendation is based on:       new   conviction

Notes: Subject was released on DC parole to VA in 1989. He apparently stopped reporting and a warrant was requested. DC Parole Board issued a warrant. In February 1992 subject was convicted in Leesburg Va of Grand Larceny (six years) and Possession of Cocaine (six years-suspended). There are no details of these offenses. For some reason the DC Warrant was not executed. According to the PSI, he was released on 12-12-94 to parole/probation in VA. Subject apparently was having trouble with heroin use and after failing at detox entered Crossroads drug program. At the time he was arrested on the distribution charge. He was sentenced to 5 years, 2 years and 6 months suspended. Apparently, he was sentenced under a VA code which allowed for suspension of jail time upon completion of a drug program. On 11-25-97 the balance of the 5 year sentence was suspended for 1 year probation. Subject did complete the Crossroads program and apparently the remainder of his confinement was suspended and he was placed on one year probation. The DC PV Warrant was apparently executed when subject was arrested for soliciting prostitution.

### On Disposition:

*6*