# **EXHIBIT 7**

# U.S. DEPARTMENT OF ●●ICE                     S●●PLEMENT
# UNITED STATES PAROLE COMMISSION

Case Of:      JACKSON, Leslie
Reg. No:      23924-016
DCDC No:      212-629
PDID No:      318-155
FBI No:       138245P6
Birth Date:   ●●●●●●
Race:         Black
Date:         January 11, 2001

**SUPPLEMENT TO WARRANT APPLICATION DATED November 8, 1990**

**CHARGES:**

**Charge No. 6 - Law Violation - a) Possession With Intent to Distribute Heroin b) Distribution of Heroin** On or about 7-11-95, subject was arrested by Fairfax County, VA Police for the above-cited offense(s) which occurred on or about 5-18 and 5-24-95. Information contained in the presentence report dated 9-19-95, indicates that subject agreed to purchase heroin for an undercover police officer from his source in the District of Columbia. Subject later returned with the drug. On 5-24-95 subject again sold heroin to the undercover police officer. Subject admitted that he was bought seven bags, gave five bags to the undercover officer and kept two bags for himself. On the second occasion he bought seven bags for $100.00 and delivered it to the undercover officer. On or about 9-29-95, subject was convicted in Fairfax County, VA Circuit Court for the above-cited offense(s) and sentenced to 5 years, 2 years and 6 months suspended (concurrently). The sentence was later modified. Information contained in Trial Disposition Form dated 10-2-95. This charge is based on information contained in the letter dated PSI dated 9-19-1995.
a) I ADMIT [ ] or DENY [ ] this charge.
b) I ADMIT [ ] or DENY [ ] this charge.

Warrant Issued:     November 8, 1990
District Sent To:   D.C. Court Services & Offender Supervision Agency

                              Warrant Recommended By:

                              *Marc E Bransky*

                              Marc E. Bransky, Case Analyst
                              U.S. Parole Commission,

---