# **EXHIBIT 8**

Case 1:05-cv-02085-RJL   Document 5-10   Filed 01/27/2006   Page 1 of 3




U.S. DEPARTMENT OF JUSTICE
United States Parole Commission

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301) 492-5821
Facsimile: (301) 492-5525

January 23, 2001

Mr. Leslie JACKSON
DCDC No. 00212+629
D.C.-Central Detention Facility
1901 D Street, S.E.
Washington, D.C. 20003

Dear Mr. JACKSON:

This is to inform you that the Commission has found probable cause to believe that you have violated the conditions of your parole and has ordered a hearing to determine whether or not your release should be revoked.

The purpose of this hearing will be to make a final determination as to whether or not you violated the conditions of your above-stated release as charged and, if so, whether the violations warrant revocation. If revocation is ordered, the Commission will also determine whether to reparole you prior to the expiration of your violator term.

The specific charge(s) upon which these finding(s) are based:

  4.   Law Violation: Grand Larceny.
  5.   Law Violation: Possession of Cocaine.
  6a.  Law Violation: Possession with Intent to Distribute Heroin.
  6b.  Law Violation: Distribution of Heroin.

These charges and any additional information will be reviewed at the hearing for possible violations. The evidence relied on is indicated on the statement of alleged violations and/or in the Summary Report of the Preliminary Interview. Other charges as listed on the statement of alleged violations will also be considered at the time of your hearing.

The Commission has made no finding(s) on the following charge(s):

  1.   Use of Dangerous and Habit Forming Drugs.
  2.   Failure to Report Change in Residence.
  3.   Failure to Carry Out Supervision Officer instructions.

8

If you are a D.C. Code violator, except those offenders sentenced under the Federal Youth Corrections Act, all street time credit must be forfeited.

No new information has been presented that would warrant your release pending the revocation hearing.

Enclosed please find a form to request assignment of counsel. If you wish to have the Public Defender Service assign an attorney to represent you, please complete the form and forward it to their office. Your revocation hearing will be scheduled on the next appropriate docket at the facility where you are confined.

Your attorney should promptly contact the Commission at (301) 492-5952 to establish or confirm a specific hearing date and time for your revocation hearing.

A packet of the below-listed documents upon which the warrant is based will be sent to your attorney for use at the revocation hearing. If information exempt from full disclosure has been removed from this packet, there will be a summary of the exempt material included. If you do not already have an attorney, the packet will be sent after your attorney contacts the Commission.

1. DC Warrant dated 11/8/90 and Statement of Alleged Violations dated 8/28/90; Supp. Warrant dated 1/11/01.
2. Supervision Officer Dara Mills letter(s) of N/A. OTHER: VA PSI dated 9/19/95.

Sincerely,

Marc E. Bransky
Case Analyst


Enclosures

cc:   Dara Mills
      Supervising Community Supervision Officer
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W.
      Room 2010
      Washington, D.C. 20001

dzj