**EXHIBIT 10**

artment of Justice
.tes Parole Commission
.ndship Boulevard
Chase, Maryland 20815-7201

Notice of Action

.e: JACKSON, Leslie                          Institution: DC Jail

gister Number: 00212+629                     DCDC No.: 212-629

In the case of the above named the following parole action was ordered:

Revoke parole. None of the time spent on parole shall be credited. Parole effective after the service of 73 months (12-13-2001). You shall be subject to the Special Drug Aftercare Condition. You shall participate as instructed by your U.S. Probation Officer in a program (inpatient or outpatient) approved by the U.S. Parole Commission for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

## FINDINGS OF FACT:

The Commission finds as a fact that you violated the condition of release as indicated below:

Charge No. 4 - Grand Larceny

Basis: Your conviction in the State of Virginia on 02-07-1992 and your admission.

Charge No. 5 - Possession of Cocaine

Basis: Your conviction in the State of Virginia on 02-07-1992 and your admission.

Charge No. 6 - Distribution of Heroin

Basis: Your conviction in the State of Virginia 09-25-1995, and your admission.

## REASONS:

Your parole violation behavior has been rated as Category Four severity because it involved distribution of less than 5 grams of 100 percent pure heroin. Your new salient factor score is 1. As of 04-17-2001, you have been in confinement for 65 months. Guidelines established by the Commission indicate a customary range of 34-44 months to be served before release. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not found warranted. However, you will serve above the guidelines because of your time in custody before the hearing and time is needed for case processing and release planning.

THE ABOVE DECISION IS NOT APPEALABLE.

Date: July 20, 2001                                                Clerk: MDD

USM-District of Columbia - District Courtage 1 of 3                JACKSON.212

10

this Notice are sent to your institution and to your Supervision Officer. In certain cases, ay also be sent to the sentencing court. You are responsible for advising any others you wish

 .he attached sheet for an explanation of the Salient Factor Score and your item individual points.

cc:   Attorney Edwin Brown
      6269 Franconia Road
      Alexandria, VA 22310

      Williette Copeland
      Supervision Officer
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W.
      Room 2010
      Washington, D.C. 20001

      U.S. Probation Office
      Eastern District of Virginia
      401 U.S. Courthouse Square
      Alexandria, VA 22314-5797

      U.S. Marshal
      District of Columbia District Court
      333 Constitution Avenue, N.W.
      Room 7337
      Washington, D.C. 20001
      Attn: Warrant Squad

      Steve Grinley
      Case Manager Coordinator
      D.C. CCM
      Federal Bureau of Prisons
      800 N. Capitol Street, N.W.
      Suite 270
      Washington, D.C. 20002



Date: July 20, 2001                                                Clerk: MDD

USM-District of Columbia - District Court Page 2 of 3              JACKSON.212



| Your Pts | SFS-98 Item Explanations |
|---|---|
| 0 | **A - Prior convictions/adjudications** (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | **B - Prior commitments** of more than 30 days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 1 | **C - Age at commencement** of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | **D - Recent commitment free period (three years)** No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | **E - Probation/parole/confinement/escape status violator this time** Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 0 | **F - Older offenders** If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 1 | Total Salient Factor Score (SFS-98) (sum of points for A-F above) |



| Points For SFS-98 Item C | | |
|---|---|---|
| Age | Prior Commitments | |
| | 0-1 | 2-3 | 4+ |
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 19 & | 0 | 0 | 0 |

Date: July 20, 2001

USM-District of Columbia - District Court    Page 3 of 3

Clerk: MDD

JACKSON.212