# **EXHIBIT 12**

| U.S. DEPARTMENT OF JUSTICE | WARRANT APPLICATION |
| UNITED STATES PAROLE COMMISSION | D.C. Code Offender |

Name .............................. Jackson, Leslie

| | |
|---|---|
| Reg. No .......................... 23924-016 | Date................................................November 10, 2004 |
| DCDC No....................... 212-629 | Termination of Supervision .....4-30-2008 |
| FBI No........................... 138 245 P6 | [If Conviction Offense Before April 11, 1987 And |
| Birth Date...................... ■ | Offender Is On Mandatory Release, Termination |
| Race.............................. Black | Date Is 180 Days Prior To Full Term] |
| | Violation Date ..........................3-20-2002 |
| | Released ................................ December 13, 2001 |

Sentence Length............120 months (Aggregate Original); 2,687 days (Parole Violator Term)
Original Offense ............ Attempted Distribution of Heroin; Distribution of Heroin

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

**CHARGES:**
**Charge No. 1 - Use of Dangerous and Habit Forming Drugs.** The releasee submitted urine specimens which tested positive for:
Cocaine – 3-20-2002, 6-11-2003, 7-10-2003, 7-14-2003, 10-10-2003, and 7-7-2004; and
Cocaine and Opiates – 7-16-2003, 9-3-2003, 9-5-2003, 9-10-2003, 9-12-2003, 9-17-2003, 9-24-2003, 9-26-2003, 8-26-2004, 9-8-2004, 9-15-2004, and 9-22-2004.
This charge is based on the information contained in the violation report dated 10-8-2004 from supervising officer Jamika Phoenix and corresponding laboratory report dated 10-12-2004.
I ADMIT [  ] or DENY [  ] this charge.

Jackson, Leslie
Reg. No. 23924-016    DCDC No. 212-629

/2

**Charge No. 2 - Failure to Submit to Drug Testing.** The releasee failed to submit urine specimens on 7-21-2003, 7-23-2003, 10-1-2003, 10-3-2003, and 9-29-2004. In addition, on 9-1-2004, the releasee (AKA Michael Jones) attempted to provide a bogus urine specimen by having someone else provide the sample. This charge is based on the information contained in the violation report dated 10-8-2004 from supervising officer Jamika Phoenix.
I ADMIT [ ] or DENY [ ] this charge.

**Charge No. 3 - Law Violation - Theft.** On 10-21-2004, the releasee entered the Costco store located at 10925 Baltimore Avenue, Beltsville, Maryland, placed 12 boxes of Zantac 75 in his coat, and attempted to leave the store without paying. The total value of the merchandise was approximately $238.20 The releasee was arrested by Prince George's County Police for the above-cited offense on the same date. This charge is based on the information contained in the violation report dated 11-4-2004 from supervising officer Jamika Phoenix and a statement of probable cause dated 10-21-2004. Status of Custody/Criminal Proceedings: Unknown
I ADMIT [ ] or DENY [ ] this charge.

**Probable Cause Hearing Is Required**

Warrant Issued................... **November 10, 2004**

Warrant Recommended By:

Scott Kubic, Case Analyst
U.S. Parole Commission

Community Supervision Office Requesting Warrant: **Interstate III, 409 E Street**

---

Jackson, Leslie
Reg. No. 23924-016    DCDC No. 212-629