**EXHIBIT 15**

REGNO..: 23924-016 NAME: JACKSON, LESLIE J
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS

FBI NO............: 138245P6              DATE OF BIRTH: ███████
ARS1..............: SCH/A-DES
UNIT..............: CAMP                  QUARTERS.....: E05-011L
DETAINERS.........: NO                    NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 09-02-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:   10-19-2006 VIA PRESUM PAR


G0002       MORE PAGES TO FOLLOW . . .

15

REGNO..: 23924-016 NAME: JACKSON, LESLIE J
COMP NO: 020        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS

------------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F9146-85/F6072-87
JUDGE............................: WAGNER
DATE SENTENCED/PROBATION IMPOSED: 09-24-1987
DATE WARRANT ISSUED..............: 11-10-2004
DATE WARRANT EXECUTED............: 06-20-2005
DATE COMMITTED...................: 10-15-2005
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


G0002       MORE PAGES TO FOLLOW . . .

```
USA0B   540_23 *    SENTENCE MONITORING        *    01-10-2006
PAGE 003           *    COMPUTATION DATA        *    15:30:02
                        AS OF 01-10-2006
```
Case 1:05-cv-02085-RJL    Document 5-17    Filed 01/27/2006    Page 4 of 16

```
REGNO..: 23924-016 NAME: JACKSON, LESLIE J
COMP NO: 020        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  620
OFF/CHG: 33-549, ATT DIST OF HEROIN

  SENTENCE PROCEDURE..............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
  NEW SENTENCE IMPOSED............:   2298 DAYS
  BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE.................: 11-23-1985


G0002        MORE PAGES TO FOLLOW . . .
```

```
  USA0B    540.23 *         SENTENCE MONITORING            *     01-10-2006
  PAGE 004                  COMPUTATION DATA               *     15:30:02
                           AS OF 01-10-2006
```
Case 1:05-cv-02085-RJL    Document 5-17    Filed 01/27/2006    Page 5 of 16

```
REGNO..: 23924-016 NAME: JACKSON, LESLIE J
COMP NO: 020           ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS
```

---------------------------CURRENT COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 11-09-2005 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-18-2005 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 030 010

```
DATE COMPUTATION BEGAN..........: 06-20-2005
TOTAL TERM IN EFFECT............: 2298 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      6 YEARS      3 MONTHS     15 DAYS
EARLIEST DATE OF OFFENSE........: 11-23-1985
```

G0002        MORE PAGES TO FOLLOW . . .

```
 USA0B    540-23  *   SENTENCE MONITORING         *    01-10-2006
 PAGE 005         *   COMPUTATION DATA            *       15:30:02
                      AS OF 01-10-2006
```
Case 1:05-cv-02085-RJL   Document 5-17   Filed 01/27/2006   Page 6 of 16

```
REGNO..: 23924-016 NAME: JACKSON, LESLIE J
COMP NO: 020        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 604
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 02-07-2010
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 04-07-2011
EXPIRATION FULL TERM DATE.......: 10-04-2011

PRESUMPTIVE PAROLE DATE.........: 10-19-2006
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN


G0002          MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 23924-016  NAME: JACKSON, LESLIE J
COMP NO: 020        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS

PROJECTED SATISFACTION DATE.....: 10-19-2006
PROJECTED SATISFACTION METHOD...: PRESUM PAR
```

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO..: 23924-016  NAME: JACKSON, LESLIE J
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS

FBI NO............:                           DATE OF BIRTH: ███████
ARS1..............: SCH/A-DES
UNIT..............: CAMP                      QUARTERS.....: E05-011L
DETAINERS.........: NO                        NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 12-13-2001 VIA PAROLE


G0002       MORE PAGES TO FOLLOW . . .

```
REGNO..: 23924-016 NAME: JACKSON, LESLIE J
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS
```

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F6072-87C
JUDGE............................: WAGNER
DATE SENTENCED/PROBATION IMPOSED: 09-23-1987
DATE WARRANT ISSUED..............: 11-08-1990
DATE WARRANT EXECUTED............: 12-22-2000
DATE COMMITTED...................: 09-13-2001
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:
```

G0002        MORE PAGES TO FOLLOW . . .

```
 USA0B    540.23 *        SENTENCE MONITORING         *    01-10-2006
PAGE 009                    COMPUTATION DATA               15:30:02
                             AS OF 12-13-2001
```
Case 1:05-cv-02085-RJL   Document 5-17   Filed 01/27/2006   Page 10 of 16

```
REGNO..: 23924-016 NAME: JACKSON, LESLIE J
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS

RESTITUTION...: PROPERTY: NO   SERVICES: NO         AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  620
OFF/CHG: DC CODE: ATTEMPT DISTRIBUTION OF HEROIN

 SENTENCE PROCEDURE.............: DC GTCA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
 NEW SENTENCE IMPOSED...........:  2687 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 05-29-1987



G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 23924-016 NAME: JACKSON, LESLIE J
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS


------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F9146-85E
JUDGE............................: WAGNER
DATE SENTENCED/PROBATION IMPOSED: 09-24-1987
DATE WARRANT ISSUED..............: 04-09-1992
DATE WARRANT EXECUTED............: 12-22-2000
DATE COMMITTED...................: 09-13-2001
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


G0002        MORE PAGES TO FOLLOW . . .
```

```
USA0B   540.23  *    SENTENCE MONITORING         *    01-10-2006
PAGE 011         *    COMPUTATION DATA            *    15:30:02
                       AS OF 12-13-2001
```

```
REGNO..: 23924-016  NAME: JACKSON, LESLIE J
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS


RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  620
OFF/CHG: DC CODE: DISTRIBUTION OF HEROIN

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
 NEW SENTENCE IMPOSED............: 2687 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE.................: 11-23-1985


G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 23924-016 NAME: JACKSON, LESLIE J
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS
```

--------------------------------PRIOR COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-13-2001 AT CDC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010, 020 010

```
DATE COMPUTATION BEGAN..........: 12-22-2000
AGGREGATED SENTENCE PROCEDURE...: DC CODE OLD LAW / GTCA AGGREGATE
CONTROLLING SENTENCE............: DC OLD LAW
TOTAL TERM IN EFFECT............: 2687 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS       4 MONTHS       9 DAYS
EARLIEST DATE OF OFFENSE........: 11-23-1985
```

G0002         MORE PAGES TO FOLLOW . . .

```
REGNO..: 23924-016 NAME: JACKSON, LESLIE J
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS


TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 706
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 05-25-2006
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 11-02-2007
EXPIRATION FULL TERM DATE.......: 04-30-2008

PAROLE EFFECTIVE................: 12-13-2001
PAROLE EFF VERIFICATION DATE....: 07-20-2001
NEXT PAROLE HEARING DATE........: N/A

G0002           MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 23924-016 NAME: JACKSON, LESLIE J
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS

TYPE OF HEARING..................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE.........: 12-13-2001
ACTUAL SATISFACTION METHOD.......: PAROLE
ACTUAL SATISFACTION FACILITY.....: CDC
ACTUAL SATISFACTION KEYED BY.....: JAF

DAYS REMAINING...................: 2330
FINAL PUBLIC LAW DAYS............: 0

REMARKS.......: PV COMP PREPARED W/PARTIAL INFO PROVIDED BY DC DOC, W/O DC DOC
                CENTRAL FILE AND W/O ORIG J&CS.


G0005           TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
REGNO..: 23924-016 NAME: JACKSON, LESLIE J
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS

TYPE OF HEARING..................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE.........: 12-13-2001
ACTUAL SATISFACTION METHOD.......: PAROLE
ACTUAL SATISFACTION FACILITY.....: CDC
ACTUAL SATISFACTION KEYED BY.....: JAF

DAYS REMAINING...................: 2330
FINAL PUBLIC LAW DAYS............: 0

REMARKS.......: PV COMP PREPARED W/PARTIAL INFO PROVIDED BY DC DOC, W/O DC DOC
                CENTRAL FILE AND W/O ORIG J&CS.


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```