FILED
APR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESLIE JACKSON, )
)
    Petitioner, )
)
v. ) Civil Action No. 05-2085 (RJL)
)
WARDEN FRED FIGUEROA, )
)
    Respondent. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition for a writ of habeas corpus [Dkt. #1] is DENIED, and it is further

ORDERED that the order to show cause [Dkt. #2] is DISCHARGED, and it is further

ORDERED that this civil action is DISMISSED.  This is a final appealable Order.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date:

4/20/06